```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

SHAWN S. BITTAR,

    Plaintiff,

v.                                    Case No. 8:15-cv-218-T-33TGW

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

_____/

**ORDER**

This cause comes before the Court pursuant to Shafik Bittar's pro se Motion to Vacate Order of Dismissal (Doc. # 9), which was filed on May 13, 2015. The Court denies the Motion for the reasons that follow.

**A.**    **Bittar's Separate Lawsuits**

On December 20, 2013, Shafik Bittar filed a lawsuit against the Department of the Navy and Eric Sealand in which Bittar claimed that he was struck by a Government vehicle being driven by Sealand. Bittar indicated that he was riding on a motorcycle at the time of the crash and that he sustained permanent and disabling injuries. Bittar demanded $1 million in damages. That case was assigned to the Honorable Mary S. Scriven, United States District Judge, under case number 8:13-cv-3197.

The only document Bittar filed in his lawsuit arising from the alleged motor vehicle accident was the December 20, 2013, Complaint. As a result, and after giving Bittar notice

and an opportunity to respond, Judge Scriven dismissed that suit for lack of prosecution on September 25, 2014. (Doc. # 5).

Thereafter, on February 2, 2015, Shawn Bittar filed a lawsuit against the Department of Defense and eleven other defendants alleging "racism." Specifically, Bittar indicated that his son "faced all kind of Racism from his teacher" at W.T. Sampson Elementary School in Guantanamo Bay, Cuba. (Doc. # 1 at 1). Bittar sought $1 billion dollars in damages for his alleged injuries. That case was assigned to the undersigned District Judge under case number 8:15-cv-218.

On February 12, 2015, this Court entered an Order sua sponte dismissing Bittar's Complaint without prejudice and granting Bittar leave to file an amended complaint by March 23, 2015. (Doc. # 4). In that Order, the Court indicated, "Any failure to timely file an amended complaint will result in the dismissal of the action and case closure." (Id. at 4-5). On March 25, 2015, the Court dismissed the case without prejudice based on Bittar's failure to timely file an amended complaint. (Doc. # 5).

Bittar subsequently moved for an extension of time to file his Amended Complaint, which this Court granted. (Doc. ## 6, 7). The Court accordingly directed the Clerk to return the

-2-

case to active status and authorized Bittar to file his amended complaint by April 9, 2015. (Doc. # 7). On April 20, 2015, after giving Bittar ample warning, the Court dismissed the action due to Bittar's failure to file the amended complaint. (Doc. # 8).

In Bittar's action stemming from the motor vehicle accident (8:13-cv-3197), he brings the case as "Shafik Bittar" and in the present action for racism (8:15-cv-218), he refers to himself as "Shawn S. Bittar." The Court surmises that both actions were brought by the same person, because (1) the address listed for both Shafik and Shawn S. Bittar is 6953 41st Terrace North, St. Petersburg, Florida 33709 and (2) in both actions, Bittar refers to himself as a civilian contractor stationed in Guantanamo Bay, Cuba.

B.     **Present Motion to Vacate**

On May 13, 2015, Bittar filed his Motion to Vacate Order of Dismissal and listed case number 8:15-cv-218 on the Motion. In the Motion, he explains that he did, in fact, file a timely Amended Complaint and, accordingly, this Court should not have dismissed his case. (Doc. # 9). He has provided a file stamped copy of his Amended Complaint dated March 25, 2015. (Doc. # 9-1). However, the Court's review of that Amended Complaint reveals that it is unrelated to the present action

-3-

for racism, and it is an Amended Complaint related to his prior action involving the motor vehicle crash assigned to Judge Scriven. The Amended Complaint contains the following allegations, among others:

> At approximately 11:50 am I was on my motorcycle traveling on Kittery Beach Road where traffic had slowed and backed up for a slow moving flat bed truck. . . . I passed the first vehicle without a problem but when I got to the second vehicle the driver, Captain Eric Sealand, without looking and noticing that I had already had the right of way in this lane, without warning veered into my lane striking my motorcycle causing me to crash to the ground and become permanently injured.

(Doc. # 9-1 at 1).

Although the Amended Complaint bears the case number 8:15-cv-218, it was filed by Shafik Bittar against the Department of the Navy and Eric Sealand. Accordingly, the Clerk appropriately filed the Amended Complaint in Judge Scriven's motor vehicle case (8:13-cv-3197), rather than in the present case (8:15-cv-218) on March 25, 2015. Because the Amended Complaint bears no semblance to the present action and involves the subject matter of a completely separate case, the Court denies the Motion to Vacate.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

Bittar's Motion to Vacate Order of Dismissal (Doc. # 9) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>15th</u> day of May, 2015.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record